IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAY D. RUFFIN, ADC #089703                                                    PLAINTIFF

v.                                    No. 5:18CV00024 JLH-JTK

COLLINS                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 12th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE